UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Yvette C Stringer<br>    Jesse B Stringer<br>              Debtor(s) | Case No. 14 B 08494 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/10/2014.

2) The plan was confirmed on 11/24/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/24/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/24/2015.

5) The case was Dismissed on 04/20/2015.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $3,522.36 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $3,522.36

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,281.39 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $135.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,416.89

Attorney fees paid and disclosed by debtor:   $500.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAM Inc | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| Advocate Trinity Hospital | Unsecured | 2,556.00 | NA | NA | 0.00 | 0.00 |
| AIS Services LLC | Unsecured | 271.67 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 476.00 | 475.59 | 475.59 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 173.00 | 172.54 | 172.54 | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 799.31 | 1,129.39 | 1,129.39 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 750.38 | 701.34 | 701.34 | 0.00 | 0.00 |
| America's Financial Choice | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| Americash Loans | Unsecured | 2,443.84 | NA | NA | 0.00 | 0.00 |
| Approved Credit Solutions | Unsecured | 0.00 | 173.40 | 173.40 | 0.00 | 0.00 |
| Armor Systems Corporation | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Arnoldharris | Unsecured | 9,856.00 | NA | NA | 0.00 | 0.00 |
| Associated St James Radiologists | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| AT&T Mobility II LLC | Unsecured | 677.27 | 677.27 | 677.27 | 0.00 | 0.00 |
| Bank of America NA | Unsecured | 999.00 | NA | NA | 0.00 | 0.00 |
| Brinks Home Security | Unsecured | 89.97 | NA | NA | 0.00 | 0.00 |
| Bud's Ambulance Services | Unsecured | 156.10 | NA | NA | 0.00 | 0.00 |
| Cda/pontiac | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| Cerastes | Unsecured | 0.00 | 702.00 | 702.00 | 0.00 | 0.00 |
| Chandra Diagnostic Cardiology | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| Chase Bank | Unsecured | 574.92 | NA | NA | 0.00 | 0.00 |
| Chicago Imaging Ltd | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| Consultants in Gastroenterology | Unsecured | 112.60 | NA | NA | 0.00 | 0.00 |
| Dr Vipul M Patel DPM | Unsecured | 74.80 | NA | NA | 0.00 | 0.00 |
| Emergency Care Physician Svcs | Unsecured | 404.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp | Unsecured | 1,084.00 | NA | NA | 0.00 | 0.00 |
| Franciscan St James Health | Unsecured | 6,534.67 | NA | NA | 0.00 | 0.00 |
| Gateway Financial | Unsecured | 16,114.00 | 8,995.94 | 8,995.94 | 0.00 | 0.00 |
| Global Payments | Unsecured | 0.00 | 100.00 | 100.00 | 0.00 | 0.00 |
| Harris | Unsecured | 6,076.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois Bell Telephone Company | Unsecured | 102.31 | 409.31 | 409.31 | 0.00 | 0.00 |
| Illinois Collection Service/ICS | Unsecured | 962.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept Of Employment Security | Unsecured | 2,747.25 | 2,318.34 | 2,318.34 | 0.00 | 0.00 |
| Illinois Eye Institute | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| Integrity Advance | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,243.00 | 4,590.93 | 4,590.93 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 15,569.09 | 15,569.09 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 62,572.00 | 62,869.88 | 62,869.88 | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 71.25 | 71.25 | 71.25 | 0.00 | 0.00 |
| Leading Edge Recovery Solutions | Unsecured | 710.07 | NA | NA | 0.00 | 0.00 |
| Lvnv Funding Llc | Unsecured | 785.00 | NA | NA | 0.00 | 0.00 |
| Med Business Bureau | Unsecured | 193.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 203.07 | NA | NA | 0.00 | 0.00 |
| Merchants Cr | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| MetroSouth Medical Center | Unsecured | 11,201.35 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Pathology, SC | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Midwest Emergency Associates | Unsecured | 864.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collections Of America | Unsecured | 250.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| NCO Financial | Unsecured | 12,752.00 | NA | NA | 0.00 | 0.00 |
| Ndc Ck Svc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| North Shore Agency | Unsecured | 27.45 | NA | NA | 0.00 | 0.00 |
| Partners Financial Services | Unsecured | 1,552.47 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 403.00 | 451.50 | 451.50 | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 388.00 | 403.02 | 403.02 | 0.00 | 0.00 |
| Prestige Financial Services | Unsecured | 1,250.00 | 1,250.00 | 1,250.00 | 0.00 | 0.00 |
| Prestige Financial Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Prestige Financial Services | Secured | 14,073.00 | 6,840.00 | 6,840.00 | 1,991.62 | 113.85 |
| Quantum3 Group | Unsecured | 0.00 | 660.19 | 660.19 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 2,744.12 | 2,744.12 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 0.00 | 249.19 | 249.19 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 710.07 | 710.07 | 0.00 | 0.00 |
| Roseland Community Hospital | Unsecured | 395.29 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 0.00 | 16,951.93 | 16,951.93 | 0.00 | 0.00 |
| Southwest Laboratory Physicians | Unsecured | 178.30 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 930.00 | NA | NA | 0.00 | 0.00 |
| Sunrise Credit Services | Unsecured | 133.76 | NA | NA | 0.00 | 0.00 |
| Transworld Systems | Unsecured | 12.95 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $62,869.88 | $0.00 | $0.00 |
| Mortgage Arrearage | $71.25 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,840.00 | $1,991.62 | $113.85 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$69,781.13** | **$1,991.62** | **$113.85** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $15,569.09 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$15,569.09** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$44,366.07** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $1,416.89 |
| Disbursements to Creditors | $2,105.47 |
| **TOTAL DISBURSEMENTS :** | **$3,522.36** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/29/2015     By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**